# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD PORTER** | : | **CIVIL ACTION** |
| v. | : | **NO. 20-910** |
| **KEVIN KAUFFMAN**, *et al.* | : | |

## ORDER

**AND NOW**, this 28th day of October 2020, upon careful and independent consideration of the Petition for a writ of habeas corpus (ECF Doc. No. 2), the Response to the Petition (ECF Doc. No. 11), United States Magistrate Judge Jacob P. Hart's October 2, 2020 Report and Recommendation (ECF Doc. No. 14), no timely objections, and for reasons detailed in Judge Hart's extensive analysis confirming no possible merit, it is **ORDERED**:

1. We **APPROVE** and **ADOPT** Judge Hart's October 2, 2020 Report and Recommendation (ECF Doc. No. 14);

2. We **DENY** and **DISMISS** the Petition for a writ of habeas corpus (ECF Doc. No. 2);

3. We **DENY** a certificate of appealability as we cannot find jurists of reason could disagree with Judge Hart's reasoning adopted by us today in denying the Petition; and,

4. The Clerk of Court shall **close** this case.

KEARNEY, J.